1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   SALVADOR ESTRELLA NARANJO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    ) Case No. 2:15-CR-0208 JAM
                                )
13      Plaintiff,              )
                                ) **STIPULATION AND ORDER**
14         v.                   ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
15 CARLOS SALCEDO and           )
   SALVADOR ESTRELLA NARANJO,   )
16                              ) Date:   November 17, 2015
        Defendants.            ) Time:   9:15 a.m.
17                              ) Judge:  Hon. John A. Mendez

18 ─────────────────────────────

19      It is hereby stipulated and agreed between plaintiff,

20 United States of America, and defendants, Carlos Jairo Gallardo

21 Salcedo and Salvador Estrella Naranjo, that the status

22 conference scheduled for November 17, 2015, may be continued to

23 January 12, 2016, at 9:15 a.m.

24      The government provided discovery to defense counsel last

25 week.  There is extensive audio and video evidence to review.

26 Counsel need additional time to review discovery and to

27 determine whether investigation is warranted before the case is

28 further scheduled.  The parties therefore agree that the status

                              -1-

conference should be continued to January 12, 2016, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Salcedo, Mr. Naranjo, and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                         Respectfully Submitted,

                         HEATHER E. WILLIAMS
                         Federal Defender

Dated:   November 12, 2015    /s/ T. Zindel_____
                         TIMOTHY ZINDEL
                         Assistant Federal Defender
                         Attorney for SALVADOR NARANJO

Dated:   November 12, 2015    /s/ T. Zindel for C. Jimenez___
                         CLEMENTE JIMENEZ
                         Attorney for CARLOS SALCEDO

                         BENJAMIN WAGNER
                         United States Attorney

Dated:   November 12, 2015    /s/  T. Zindel for C. Highsmith
                         CHRISTIAAN HIGHSMITH
                         Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to January 12, 2016, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through January 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


Dated:  November 12, 2015      /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               United States District Court Judge