BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARLOS JAIRO GALLARDO SALCEDO, ET AL.,<br><br>                    Defendants. | CASE NO.  2:15-CR-00208 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 12, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.       By previous order, this matter was set for status on January 12, 2016.

2.       By this stipulation, defendants now move to continue the status conference until March 8, 2016 at 9:15 a.m., and to exclude time between January 12, 2016, and March 8, 2016 at 9:15 a.m., under Local Code T4.

3.       The parties agree and stipulate, and request that the Court find the following:

          a)       The government has represented that the discovery associated with this case includes approximately 165 audio recordings, photographs, and pages of documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

          b)       Counsel for defendants desire additional time to consult with their clients, to

1   review the current charges, to conduct investigation and research related to the charges, to review

2   discovery for this matter, and to discuss potential resolutions with their clients.

3           c)      Counsel for defendants believe that failure to grant the above-requested

4   continuance would deny counsel the reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6           d)      The government does not object to the continuance.

7           e)      Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of January 12, 2016 to March 8, 2016

12  at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13  Code T4] because it results from a continuance granted by the Court at defendants' request on

14  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15  best interest of the public and the defendant in a speedy trial.

16                          *[Remainder of page intentionally blank.]*

1

2      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4  must commence.

5      IT IS SO STIPULATED.

6

7  Dated:  January 7, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney

8

9                                             /s/ CHRISTIAAN HIGHSMITH
                                              CHRISTIAAN HIGHSMITH
10                                            Assistant United States Attorney

11

12  Dated:  January 7, 2016                   /s/ CHRISTIAAN HIGHSMITH
                                              TIMOTHY ZINDEL
13                                            Counsel for Defendant
                                              Salvador Estrella Naranjo

14

15  Dated:  January 7, 2016                   /s/ CHRISTIAAN HIGHSMITH
                                              CLEMENTE JIMENEZ
16                                            Counsel for Defendant
                                              Carlos Jairo Gallardo Salcedo

17

18

19                               **FINDINGS AND ORDER**

20      IT IS SO FOUND AND ORDERED this 7th day of January, 2016.

21

22                                            /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28