CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS JAIRO GALLARDO SALCEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS JAIRO GALLARDO SALCEDO, et al.,<br><br>　　　　Defendants. | Case No.: 15-208 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　April 12, 2016<br>TIME:　9:15 a.m.<br>JUDGE:　Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan H. Highsmith, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for Carlos Jairo Gallardo Salcedo, and Timothy Zindel, Counsel for Salvador Estrella Naranjo, that the status conference scheduled for April 12, 2016, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on April 26, 2016, at 9:15 a.m., for further status conference.

　　　Counsel for Mr. Gallardo Salcedo requires additional time to review terms of the proposed plea agreement.  Further, counsel for Mr. Estrella Naranjo will require additional time to confer with the government, conduct additional investigation, and meet with his client.

　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

04/11/16

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   April 11, 2016

/S/   Christiaan H. Highsmith
BENJAMIN B. WAGNER
by CHRISTIAAN H. HIGHSMITH
Attorney for Plaintiff


/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Carlos Jairo Gallardo Salcedo

/S/   Timonty Zindel
CLEMENTE M. JIMÉNEZ
Attorney for Salvador Estrella Naranjo

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 12, 2016, at 9:15 a.m., be vacated and the matter continued to April 26, 2016, at 9:15 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 11th day of April, 2016

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge

04/11/16